UNITED STATES DISTRICT COURT
EASTERN DISTRICT MICHIGAN
SOUTHERN DIVISION

MONIQUE WARE,

      Plaintiff,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,

      Defendant.

Case No. 12-cv-10957
District Judge David M. Lawson
Magistrate Judge Mark A. Randon

Removed from:
Oakland County Circuit Court
Case No. 12-124617-CH
Hon. Colleen A. O'Brien

**ORDER GRANTING DEFENDANT DEUTSCHE BANK AS TRUSTEE'S MOTION TO DEEM ITS FIRST REQUESTS FOR ADMISSIONS TO PLAINTIFF ADMITTED (DKT NO. 12) AND DEFENDANT DEUTSCHE BANK AS TRUSTEE'S MOTION TO COMPEL ANSWERS TO FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS BY PLAINTIFF (DKT NO. 11)**

Upon Motions by Defendant, Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-MI ("Deutsche Bank as Trustee") for an Order deeming Defendant Deutsche Bank as Trustee's First Requests for Admissions to Plaintiff admitted and Compel Answers to First Interrogatories and Request for Production of Documents by Plaintiff; following oral arguments and the Court being otherwise advised in the premises:

IT IS HEREBY ORDERED that Defendant Deutsche Bank as Trustee's Motion to Deem Its First Requests for Admissions to Plaintiff Admitted is GRANTED.

IT IS FURTHER ORDERED that Defendant Deutsche Bank as Trustee's First Requests for Admissions to Plaintiff served on August 3, 2012, be and hereby are admitted.

IT IS FURTHER ORDERED that Defendant Deutsche Bank as Trustee's Motion to Compel Answers to First Interrogatories and Request for Production of Documents by Plaintiff is GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall answer Defendant Deutsche Bank as Trustee's First Interrogatories within 14 days of entry of this Order.

IT IS FURTHER ORDERED that Plaintiff shall produce all documents requested by Defendant Deutsche Bank as Trustee within 14 days of entry of this Order.

IT IS FURTHER ORDERED that Defendant Deutsche Bank as Trustee is awarded expenses incurred in bringing its motions payable by Plaintiff in the amount of $250.00.

IT IS FURTHER ORDERED that Plaintiff is prohibited from supporting designated claims by way of documents not already attached to its complaint, and/or from introducing designated matters in evidence.

***THIS ORDER DOES NOT RESOLVE THE LAST PENDING CLAIM.***

                s/Mark A. Randon
                MARK A. RANDON
                UNITED STATES MAGISTRATE JUDGE

Dated: October 30, 2012

### Certificate of Service

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, October 30, 2012, by electronic and/or first class U.S. mail.*

                *s/Melody R. Miles*
                *Case Manager to Magistrate Judge Mark A. Randon*
                *(313) 234-5540*